# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**AARON FLEMONS**
**ADC #119749**     **PLAINTIFF**

v.     **Case No. 5:17-cv-00204-KGB/BD**

**LASONYA GRISWOLD,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Aaron Flemons's complaint, amended complaint, supplemental complaint, and second amended complaint are dismissed (Dkt. Nos. 2, 33, 46, 58).  The Court denies the requested relief.

So adjudged this 1st day of March, 2022.

_____
Kristine G. Baker
United States District Judge